UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION (NO. III) | Case No.  17-md-02801-JD **MDL SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.  This order applies to all actions that are a part of this multidistrict litigation case, and supersedes all scheduling orders previously issued in any member case.

| Event | Deadline |
|---|---|
| Fact discovery cut-off | Closed |
| Criminal-related discovery stay | Lifted as of October 4, 2018 |
| Plaintiffs' expert reports on merits | November 30, 2018 |
| Defendants' expert reports on merits | February 22, 2019 |
| Plaintiffs' merits expert rebuttal report | April 19, 2019 |
| Merits expert discovery cut-off | May 17, 2019 |
| Last day to file dispositive motions and *Daubert* motions (for merits experts) | June 7, 2019 |

| Event | Deadline |
|---|---|
| Responses to dispositive and *Daubert* motions | July 12, 2019 |
| Replies for dispositive and *Daubert* motions | August 1, 2019 |
| Summary judgment and *Daubert* motions hearing | August 29, 2019 @10 a.m. |
| Pretrial conference | January 9, 2020 @1:30 p.m. |
| Jury Trial | February 3, 2020 @9 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  October 5, 2018

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California